# Criminal Case Cover Sheet – U.S. District Court

| | |
|---|---|
| **Place of Offense:** | **Related Case Information:** |
| City: _____ | Superseding _____ Docket Number |
| County/Parrish: Sauk | Same Defendant _____ New Defendant _____ |
| | Magistrate Judge Case Number _____ |
| | Search Warrant Case Number _____ |
| | R20 / R40 from the District of _____ |

**26 CR 025 JDP**

## Defendant information:

Matter to be Sealed        Yes        ✓ No

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

**FEB 18 2026**

**FILED/REC'D**
**CLERK OF COURT**

**Def. Name:** Deandre Dwayne Templeton

**Alias Name:** _____

**City/State:** _____

**Year of Birth:** 1985          Last 4 digits of SSN  9748

**Sex:** Male          **Race:** Black

## U.S. Attorney Information:

AUSA:  JENNIFER REMINGTON          Bar #: _____

Interpreter:  ✓ No        Yes        List language and/or dialect: _____

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of: _____ in _____

✓ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations:

Total # of Counts:  1        ☐ Petty        ☐ Misdemeanor        ✓ Felony

☐ Class A
☐ Class B
☐ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 40 Grams or More Fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

**Date:** February 18, 2026        **Signature of AUSA** /s/ JENNIFER REMINGTON