U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

FEB 1 8 2026

FILED/REC'D
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 26 CR 025 JDP |
| DEANDRE DWAYNE TEMPLETON, | 21 U.S.C. § 841(a)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about July 30, 2025, in the Western District of Wisconsin, the defendant,

DEANDRE DWAYNE TEMPLETON,

knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2/18/26

_____
CHADWICK M. ELGERSMA
United States Attorney